COMMISSIONER OF INTERNAL REVENUE *v.*
MILWAUKEE & SUBURBAN TRANSPORT
CORP.

No. 843.   Decided June 19, 1961.

*Solicitor General Cox, Assistant Attorney General Ober-
dorfer, Harry Baum* and *Joseph Kovner* for petitioner.

*Richard R. Teschner* and *Warren W. Browning* for
respondent.

PER CURIAM.

The petition for writ of certiorari is granted.   The
judgment is vacated and the case is remanded in light of
*American Automobile Association* v. *United States, ante,*
p. 687, and *United States* v. *Consolidated Edison Com-
pany of New York, Inc.,* 366 U. S. 380.

MR. JUSTICE DOUGLAS dissents.

HARPER *v.* BANNAN, WARDEN.

No. 1119, Misc.   Decided June 19, 1961.

PER CURIAM.

The appeal is dismissed for want of a substantial
federal question.